An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO BF, KM AND TLF,

TAMMY FINLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE FRANK P. SULLIVAN, DISTRICT JUDGE,
Respondents,
  and
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; AND CLARK COUNTY DISTRICT ATTORNEY's OFFICE,
Real Parties in Interest.

No. 62651

FILED

MAR 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

On February 21, 2013, this petition was docketed in this court without the requisite filing fee. Also, on February 21, 2013, petitioner filed an emergency motion for stay.[1] That same day, this court issued a notice directing petitioner to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, petitioner has not paid the filing fee

---

[1] In light of this order, petitioner's emergency motion for stay is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-08152

or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc:    Hon. Frank P. Sullivan, District Judge, Family Court Division
Aaron Grigsby
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk